Addendum to Debtor 3rd Amended Plan
Post Confirmation

6a.     <u>601 Cypress</u>   The Property known as 601 Cypress will be surrender to the secured Creditors, Horizon Residential Loans **(proof of claim #9)** and the Delaware County Tax Claim Bureau.  No Further payments will be paid to these Creditors under the plan and any funds held by the trustee for these claims will be distributed to the remaining allowed claims.  *Any Funds held by the Standing Trustee, for this Claim, shall be distributed to the allowed unsecured claims.*