IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :Chapter 13
   Lisa Hutchison

:Case No. 13-15048-amc

**PRAECIPE TO WITHDRAW MOTION**

TO THE CLERK OF THE BANKRUPTCY COURT:

     Kindly withdraw the Debtor's Amended Motion to Abate Arrears and Modify Plan After Confirmation which was filed on March 26, 2016.

    *John G. Gray*
    John G. Gray, Esquire
    PO Box 339
    Lima, PA 1937
    (610) 558-1505
    Attorney for Debtor