UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISA HUTCHISON                              Chapter 13

                Debtor              Bankruptcy No. 13-15048-AMC

**Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List**

     AND NOW, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated; and it is further

**ORDERED**, that in light of the Consent Order previously entered in this matter by and among the standing trustee, debtor(s) and counsel for the debtor(s), the dismissal of this case is **WITH PREJUDICE**, in accordance with the express terms of such **CONSENT ORDER.**

                                        _____
                                        Ashely M. Chan
                                        Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

[Debtor's Attorney]
JOHN G. GRAY
POB 339

LIMA, PA 19037

[Debtor]
LISA HUTCHISON

115 EDGEWOOD AVENEUE

FOLSOM, PA 19033-