United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-15048-amc
Lisa Hutchison                                                            Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 2              Date Rcvd: Jul 19, 2016
                              Form ID: pdf900             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2016.
```
db            +Lisa Hutchison,    115 Edgewood Avenue,    Folsom, PA 19033-2502
cr            +Borough of Ridley Park,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
13072531     #+At&t Universal,    PO Box 182564,    Columbus OH 43218-2564
13072532      +Bank of America,    Po Box 15019,    Wilmington, DE 19886-5019
13072534      +Best Buy,    PO Box 1798,    Baltimore, MD 21203
13072536     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citi,     PO Box 183051,    Columbus OH 43218)
13678859      +COMMONWEALTH OF PA  UCTS,     DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,
                651 BOAS STREET, ROOM 702,     HARRISBURG, PA 17121-0751
13167559       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13072530      +FIA Card  Services,    PO Box 15019,    Wilmington, DE 19886-5019
13072529     #+Lisa Hutchison,    601 Cypress Lane,    Morton, PA 19070-1639
13072542       National Loan Investors, LP5619 N Classen Blvd,    Oklahoma City, OK 73118
13106003      +National Loan Investors, LP,    c/o Mahlon J. Boyer, Esquire,    2 Meridian Blvd., Ste. 100,
                Wyomissing, PA 19610-3202
13203273      +National Loan Investors, LP,    5619 N Classen Blvd,    Oklahoma City OK 73118-4015
13072543      +Nationall Penn Bank,    24 N. Reading Avenue,    Boyertown, PA 19512-1010
13072544      +PNC Bank,    PO Box 747066,    Pittsburgh, PA 15274-7066
13072528       PO Box 339,    Lima, PA 19037-0339
13072545      +Sears,    PO Box 182149,    Columbus, OH 43218-2149
13072546       US Airways,    Po Box 1337,    Philadelphia, PA 19101
13089869       eCAST Settlement Corporation, SUCCESSOR,    to FIA Card Services, N.A.,    POB 29262,
                New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Jul 20 2016 02:00:52     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 20 2016 02:00:44     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13118640       E-mail/Text: bankruptcy@pepcoholdings.com Jul 20 2016 02:00:05
                Atlantic City Electric Company,    Pepco Holding Inc.,    5 Collins Drive,    Suite 2133,
                Carneys Point NJ   08069-3600
13072535      +E-mail/Text: bk.notifications@jpmchase.com Jul 20 2016 02:00:08     Chase Automotive Finance,
                PO Box 15700,    Wilmington, DE 19886-0001
13072537      +E-mail/Text: duffyk@co.delaware.pa.us Jul 20 2016 02:00:57     Delaware County Tax Claim Burea,
                Govt. Center Building,    201 W. Front Street,    Media, PA 19063-2708
13072540       E-mail/Text: cio.bncmail@irs.gov Jul 20 2016 02:00:05     Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
13072541      +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 20 2016 02:00:04     Kohls,    PO Box 2983,
                Milwaukee, WI 53201-2983
13105993      +E-mail/Text: bankruptcygroup@peco-energy.com Jul 20 2016 02:00:06     PECO Energy Company,
                Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13210234      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 20 2016 01:51:18
                PYOD, LLC its successors and assigns as assignee,    of B-Line, LLC,
                Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
13096209       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 20 2016 02:00:21
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
13080843      +E-mail/Text: bncmail@w-legal.com Jul 20 2016 02:00:42     VANDA, LLC,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
cr*           +National Loan Investors, LP,    c/o Mahlon J. Boyer, Esquire,    2 Meridian Boulevard,
                Suite 100,    Wyomissing, PA 19610-3202
13072533*     +Bank of America,    Po Box 15019,    Wilmington, DE 19886-5019
13072538*     +Delaware County Tax Claim Burea,    Govt. Center Building,    201 W. Front Street,
                Media, PA 19063-2708
13089870*      eCAST Settlement Corporation, SUCCESSOR,    to FIA Card Services, N.A.,    POB 29262,
                New York, NY 10087-9262
NONE         ##+Horizon Residential Loan Servicing, LLC,    100 S. 7th Street,    Akron, pa 17501-1380
13072539     ##+Horizon Residential Loans,    100 S. 7th Street,    Akron, PA 17501-1380
                                                                                TOTALS: 0, * 5, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Virginia              Page 2 of 2                    Date Rcvd: Jul 19, 2016
                              Form ID: pdf900             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2016                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
              CSU - OUCTS, PA Department of Labor and Industry    ra-li-beto-bankreading@state.pa.us
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Borough of Ridley Park jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JOHN G. GRAY    on behalf of Debtor Lisa  Hutchison esqjgray@aol.com
              MAHLON J. BOYER    on behalf of Creditor    National Loan Investors, LP mjboyer@bhcb.com
              STEPHEN M HLADIK    on behalf of    Horizon Residential Loan Servicing, LLC
               shladik@hoflawgroup.com,  debersole@hoflawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 10
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISA HUTCHISON                        Chapter 13

               Debtor                 Bankruptcy No. 13-15048-AMC

### Order Dismissing Chapter 13 Case and Directing Counsel to File Master Mailing List

AND NOW, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated; and it is further

ORDERED, that in light of the Consent Order previously entered in this matter by and among the standing trustee, debtor(s) and counsel for the debtor(s), the dismissal of this case is **WITH PREJUDICE**, in accordance with the express terms of such **CONSENT ORDER**.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

[Debtor's Attorney]
JOHN G. GRAY
POB 339

LIMA, PA 19037

[Debtor]
LISA HUTCHISON

115 EDGEWOOD AVENEUE

FOLSOM, PA 19033-