UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   LISA HUTCHISON,<br>            Debtors.<br>_____<br>HORIZON RESIDENTIAL LOAN<br>SERVICING, LLC,<br>            Movant,<br>Vs.<br>LISA HUTCHISON,<br>            Respondent/Debtor.<br>And<br>WILLIAM C. MILLER, TRUSTEE,<br>            Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>13-15048 AMC<br><br>11 U.S.C. § 362<br><br>HEARING DATE AND TIME: |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

HORIZON RESIDENTIAL LOAN SERVICING, LLC has filed a Motion for Distribution of Unclaimed Funds Held in Court.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before  November 14, 2016, you or your attorney must do all of the following:

    (a) file an Answer explaining your position at the United States Bankruptcy Court, Clerk's Office, 900 Market Street, 4th Floor, Philadelphia PA  19107.

    If you mail your Answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to Movant's attorney:
    Stephen M. Hladik, Esquire.
    298 Wissahickon Avenue, North Wales, PA 19454
    Phone: (215) 855-9521   Fax: (215) 855-9121

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Ashley M. Chan on November 29, 2016 at 11:00 a.m. in Courtroom #5, United States Bankruptcy Court, 900 Market Street, Second Floor, Philadelphia, PA  19107.

    4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5.    You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an Answer.

Date:    10/27/2016