UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   LISA HUTCHISON, <br>           Debtors. | CHAPTER 13 |
| HORIZON RESIDENTIAL LOAN SERVICING, LLC, <br>           Movant, <br> Vs. | BANKRUPTCY CASE NUMBER <br> 13-15048 AMC <br><br> 11 U.S.C. § 362 |
| LISA HUTCHISON, <br>           Respondent/Debtor. <br> And | HEARING DATE AND TIME: |
| WILLIAM C. MILLER, TRUSTEE, <br>           Additional Respondent. | |

## **O R D E R**

AND NOW, this _____ day of _____, 2016, at the Eastern District of Pennsylvania, upon consideration of the Motion of Horizon Residential Loan Servicing, LLC ("Movant") for Distribution of Unclaimed Funds Held in Court (the "Motion") filed herein, and for good cause shown; it is

ORDERED AND DECREED that the Motion is GRANTED and the Standing Trustee shall distribute the Unclaimed Funds pursuant to Fed.R.Bank.P. 3021 to Movant in the total amount of $5,627.70 and forward those funds to Movant's undersigned counsel.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

cc:   Stephen M. Hladik, Esquire
      298 Wissahickon Avenue
      North Wales, PA 19454

John G. Gray, Esquire
PO Box 339
Lima, PA 19037

William C. Miller
111 S. Independence Mall
Suite 583
Philadelphia, PA  19106

Jack K. Miller, Esquire
The Bouse Building
111 S. Independence Mall E.
Philadelphia, PA 19106

U.S. Trustee
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107