UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   LISA HUTCHISON,<br>           Debtors.<br><br>HORIZON RESIDENTIAL LOAN SERVICING, LLC,<br>           Movant,<br>Vs.<br>LISA HUTCHISON,<br>           Respondent/Debtor.<br>And<br>WILLIAM C. MILLER, TRUSTEE,<br>           Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>13-15048 AMC<br><br>11 U.S.C. § 362<br><br>HEARING DATE AND TIME: |

**CERTIFICATE OF SERVICE**

I, Stephen M. Hladik, hereby certify that I served true and correct copies of the attached Revised Notice of Motion and Revised Proposed Order by first class mail or ecf, postage prepaid, at the respective last known address of each person set forth below on October 28, 2016:

John G. Gray, Esquire
PO Box 339
Lima, PA 19037
Via ecf: esqjgray@aol.com

William C. Miller
111 S. Independence Mall
Suite 583
Philadelphia, PA 19106
Via ecf: ecfemails@ph13trustee.com

U.S. Trustee
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
Via ecf: USTPRegion03.PH.ECF@usdoj.gov

Jack K. Miller, Esquire
The Bouse Building
111 S. Independence Mall E.
Philadelphia, PA 19106
Via Ecf: philaecf@gmail.com

Lisa Hutchison
601 Cypress Lane
Morton, PA 19070
Via First Class Mail

/s/ Stephen M. Hladik
Stephen M. Hladik, Esquire
Attorney I.D. No.: 66287
Attorney for Creditor Horizon Residential
Loan Servicing, LLC
Hladik, Onorato & Pearlstine, LLP
298 Wissahickon Avenue
North Wales, PA 19454
(215) 855-9521