UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   LISA HUTCHISON,<br>           Debtors. | CHAPTER 13 |
| HORIZON RESIDENTIAL LOAN SERVICING, LLC,<br>           Movant,<br>Vs.<br><br>LISA HUTCHISON,<br>           Respondent/Debtor.<br>And<br><br>WILLIAM C. MILLER, TRUSTEE,<br>           Additional Respondent. | BANKRUPTCY CASE NUMBER<br>13-15048 AMC<br><br>11 U.S.C. § 362<br><br>HEARING DATE AND TIME: |

**CERTIFICATE OF SERVICE OF**
**CERTIFICATION OF NO ANSWER OR RESPONSE**

I, Stephen M. Hladik, Esquire, certify under penalty of perjury that I served the above captioned pleading, Certification of No Answer of Response to MOTION OF HORIZON RESIDENTIAL LOAN SERVICING, LLC, FOR DISTRIBUTION OF UNCLAIMED FUNDS HELD IN COURT, on the parties at the addresses shown on January 5, 2017.

The types of service made on the parties were: Electronic Notification and/ or First Class Mail, as noted below:

John G. Gray, Esquire
PO Box 339
Lima, PA 19037
Via ecf: esqjgray@aol.com

U.S. Trustee
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
Via ecf: USTPRegion03.PH.ECF@usdoj.gov

Lisa Hutchison
601 Cypress Lane
Morton, PA 19070
Via First Class Mail

William C. Miller
111 S. Independence Mall
Suite 583
Philadelphia, PA 19106
Via ecf: ecfemails@ph13trustee.com

Jack K. Miller, Esquire
The Bouse Building
111 S. Independence Mall E.
Philadelphia, PA 19106
Via Ecf: philaecf@gmail.com

Date: January 5, 2017                                     /s/Stephen M. Hladik, Esquire
                                                                                       Stephen M. Hladik, Esquire
                                                                                       Hladik, Onorato & Federman, LLP
                                                                                       Attorney I.D. # 66287
                                                                                       298 Wissahickon Avenue
                                                                                       North Wales, PA 19454
                                                                                       Phone 215-855-9521
                                                                                       Fax 215-855-9121
                                                                                       Email: shladik@hoflawgroup.com