United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-15048-amc
Lisa Hutchison                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia          Page 1 of 1          Date Rcvd: Jan 10, 2017
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2017.
db            +Lisa Hutchison,   115 Edgewood Avenue,   Folsom, PA 19033-2502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              CSU - OUCTS, PA Department of Labor and Industry    ra-li-beto-bankreading@state.pa.us
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Borough of Ridley Park jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JOHN G. GRAY    on behalf of Debtor Lisa  Hutchison esqjgray@aol.com
              MAHLON J. BOYER    on behalf of Creditor    National Loan Investors, LP mjboyer@bhcb.com
              STEPHEN M HLADIK    on behalf of     Horizon Residential Loan Servicing, LLC
               shladik@hoflawgroup.com, debersole@hoflawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER     on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: LISA HUTCHISON,<br>Debtors. | CHAPTER 13 |
| HORIZON RESIDENTIAL LOAN SERVICING, LLC,<br>Movant,<br>Vs.<br>LISA HUTCHISON,<br>Respondent/Debtor.<br>And<br>WILLIAM C. MILLER, TRUSTEE,<br>Additional Respondent. | BANKRUPTCY CASE NUMBER<br>13-15048 AMC<br>11 U.S.C. § 362<br>HEARING DATE AND TIME: |

## ORDER

AND NOW, this ___ day of _____, 201_, at the Eastern District of Pennsylvania, upon consideration of the Motion of Horizon Residential Loan Servicing, LLC ("Movant") for Distribution of Unclaimed Funds Held in Court (the "Motion") filed herein, and for good cause shown; it is

ORDERED AND DECREED that the Motion is GRANTED and the Standing Trustee shall distribute the Unclaimed Funds pursuant to Fed.R.Bank.P. 3021 to Movant in the total amount of $5,627.70 and forward those funds to Movant's undersigned counsel.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

cc: Stephen M. Hladik, Esquire
298 Wissahickon Avenue
North Wales, PA 19454

John G. Gray, Esquire
PO Box 339
Lima, PA 19037

William C. Miller
111 S. Independence Mall
Suite 583
Philadelphia, PA 19106

Jack K. Miller, Esquire
The Bouse Building
111 S. Independence Mall E.
Philadelphia, PA 19106

U.S. Trustee
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107